# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STANLEY BRENT CHATMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00971-LSC-SGC |
| T. MATTHEW, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on September 25, 2023, recommending the dismissal of this action without prejudice for failure to prosecute. (Doc. 5). Although the report and recommendation advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this action is due to be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** on October 17, 2023.

_____
L. Scott Coogler
United States District Judge

160704